FILED
CLERK, U.S. DISTRICT COURT

JAN 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADE WATSON, | ) NO. EDCV 04-1507-GHK (MAN) |
| Petitioner, | ) ORDER ACCEPTING AND ADOPTING |
| | ) FINDINGS, CONCLUSIONS AND |
| v. | ) RECOMMENDATIONS OF UNITED STATES |
| | ) MAGISTRATE JUDGE |
| K. MENDOZA-POWERS, Warden, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed.

After the Report and Recommendation was filed, the Ninth Circuit issued its decision in <u>Hayward v. Marshall</u>, __ F.3d __, 2007 WL 43716 (9th Cir. January 3, 2008), which granted habeas relief to a California state prisoner who had twice been granted a parole date by the California Board of Prison Terms, only to have the Board's determination reversed by the Governor. <u>Hayward</u>, however, does not change the result

1 | in this case. The "extraordinary circumstances" that prompted the Ninth
2 | Circuit grant of relief (<u>Hayward</u>, 2007 WL 43716, at *8) do not exist in
3 | this case. Having completed its review, the Court accepts and adopts
4 | the Magistrate Judge's Report and Recommendation and the findings of
5 | fact, conclusions of law, and recommendations therein.

7 | IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment
8 | shall be entered dismissing this action with prejudice.

10 | IT IS FURTHER ORDERED that the Clerk shall serve copies of this
11 | Order and the Judgment on petitioner and counsel for respondent.

13 | DATED: 1/17/08

GEORGE H. KING
UNITED STATES DISTRICT JUDGE