FILED
CLERK, U.S. DISTRICT COURT

17 2...

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADE WATSON, | NO. EDCV 04-1507-GHK (MAN) |
| Petitioner, | JUDGMENT |
| v. | |
| K. MENDOZA-POWERS, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting and Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 1/17/08

GEORGE H. KING
UNITED STATES DISTRICT JUDGE